IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                       CASE NO. 08-2085 JCH

**CRUZ LOPEZ-ACEVEDO,**
a.k.a. "Zacatecas,"

    Defendant.

## NOTICE OF RELATED CASES

The United States of America, through its undersigned counsel, informs the Court that the subject matter in the above-captioned case relates to *United States v. Luis Carlos Vasquez Barragan,* 10-CR-777 WJ.

The United States respectfully submits that that while the theories of prosecution, facts, evidence, and witnesses in the listed cases are common to one another, each defendant was indicted separately and each defendant was extradited separately from the Republic of Mexico. Pursuant to the rule of specialty, "a person who has been brought within the jurisdiction of the court by virtue of proceedings under an extradition treaty, can only be tried for one of the offenses described in that treaty, and for the offence with which he is charged in the proceedings for his extradition." *United States v. Rauscher,* 119 U.S. 407, 430, 7 S. Ct. 245, 30 L. Ed. 425 (1886); *United States v. Sensi*, 879 F.2d 888, 892 (D.C. Cir. 1989) (once extradited, a person can be prosecuted only for those charges on which he was extradited).

Therefore, in an effort to comply with the extradition requests submitted to the Republic of Mexico for each defendant, as well as the rule of specialty, the United States does not seek to have both cases assigned to a single United States District Court Judge.

Respectfully submitted,

JOHN C. ANDERSON
United States Attorney

*Electronically filed 01/15/2020*
ELAINE Y. RAMIREZ
Assistant United States Attorney
P.O. Box 607
Albuquerque, New Mexico 87103
(505) 346-7274

I HEREBY CERTIFY that on the 15th day of January, 2020, I filed the foregoing pleading electronically through the CM/ECF system, which caused counsel of record to be served by electronic means.

*/s/*
Elaine Y. Ramírez
Assistant United States Attorney