# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Jerry H. Ritter

Motion Hearing

| | | | |
|---|---|---|---|
| Case Number: | 08-CR-2085 JCH | UNITED STATES vs. LOPEZ-ACEVEDO | |
| Hearing Date: | 6/12/2020 | Time In and Out: | 1:34 pm – 2:14 pm |
| Clerk: | K. Dapson | Courtroom: | Rio Grande |
| Defendant: | Cruz Lopez-Acevedo | Defendant's Counsel: | Timothy Cornish |
| AUSA | Elaine Ramirez | Pretrial/Probation: | |
| Interpreter: | Barbara Espinosa/C. Herber | | |

## Initial Appearance

- ☐ Defendant sworn
- ☐ Defendant received a copy of charging document
- ☐ Court advises defendant(s) of possible penalties and all constitutional rights
- ☐ Defendant wants Court appointed counsel
- ☐ Government moves to detain    ☐ Government does not recommend detention
- ☐ Set for ___ on ___ @ ___

## Preliminary/Show Cause/Identity

- ☐ Defendant waives Preliminary hearing
- ☐ Court finds probable cause    ☐ Court does not find probable cause

## Custody Status

- ☐ Defendant waives detention hearing
- ☒ Defendant will remain in custody
- ☐ Conditions

## Other

- ☐ Matter referred to ___ for final revocation hearing
- ☒ Cornish – proffers; USA-proffers; Court excludes usa counsel; Court-questions deft; deft would like an in-person hearing; Court – questions Cornish; USA returns; Court-questions/findings; DENIES MOTION